IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>UTTAM HALDER | Criminal Action No.<br><br>1:22-CR-00034-MLB |

### FINAL ORDER AND JUDGMENT OF FORFEITURE

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property seized from Defendant Uttam Halder. The Court entered the Consent Preliminary Order of Forfeiture on September 19, 2023, (Doc. 58), forfeiting the Defendant's interest in the following property to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

a. $11,424.00 in United States currency seized from Food World, located at 2177 Flat Shoals Road SE, Atlanta, Georgia 30136; and

b. $9,300.00 in United States currency seized from Uttam Halder at the Hartsfield-Jackson Atlanta International Airport located at 6000 N. Terminal Parkway, Atlanta, Georgia 30320.

(Doc. 58).

In accordance with the notice requirements set forth in 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), the United States published notice of the preliminary order of forfeiture, and of its intent to dispose of the property, on the official government internet site forfeiture.gov for at least 30 consecutive days.

However, no one has filed a petition to the property, and the deadline for doing so has expired.

This Court, having found that the Defendant's interest was forfeited to the United States in the Consent Preliminary Order of Forfeiture, that the United States published notice of the preliminary order of forfeiture, and of its intent to dispose of the property, in accordance with 21 U.S.C. § 853(n) and 28 U.S.C. § 2461(c), that no third party has filed a petition claiming an interest in the property and that the time for filing such petition has expired, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. A final forfeiture judgment against the following property is hereby entered pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):
    a. $11,424.00 in United States currency seized from Food World, located at 2177 Flat Shoals Road SE, Atlanta, Georgia 30136; and
    b. $9,300.00 in United States currency seized from Uttam Halder at the Hartsfield-Jackson Atlanta International Airport located at 6000 N. Terminal Parkway, Atlanta, Georgia 30320.

   (Doc. 58).

2. All right, title and interest in the above property is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED this 12th day of February, 2024.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE