# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CASE NO.: 1:22-CR-00034-MLB-1 |
| | ) | |
| UTTAM HALDER | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT's SENTENCING MEMORANDUM

**COMES NOW** Defendant, **UTTAM HALDER**, by and through his undersigned counsel, and pursuant to Fed. R. Crim. P. 32; the Federal Sentencing Guidelines; and 18 U.S.C. §§ 3553 and 3661, respectfully files this Sentencing Memorandum for this Court's consideration in its determination of "a sentence sufficient, but not greater than necessary, to comply with the purposes" listed in 18 U.S.C. § 3553(a)(2), In support of said Sentencing Memorandum, Defendant states the following:

## I.   THE OFFENSE LEVEL COMPUTATION:

The initial Presentence Investigation Report (PSR) did not impose a two-level enhancement under USSG §3B1.3 for abuse of a position of public or private trust. The government, however, objected thereto asserting that said

enhancement is applicable in the instant case. The government argues that Defendant personally submitted a Supplemental Nutrition Assistance Program (SNAP) application to the United States Department of Agriculture (USDA) for his store, was trusted by the USDA to follow the SNAP rules when seeking redemption of food stamps, and thereafter "abused this trust by providing his EBT terminals to other stores with knowledge that they were engaged in fraud." (government's March 7, 2024 letter to U.S. Probation Officer Deneen G. McWilliams) After said objection was made, Paragraph 81 of the PSR was amended to reflect this two-level enhancement, bringing the Total Offense Level to 28 months, with a custody guideline range of 78-97 months.

Following the government's submission of its objection regarding this two-level enhancement, undersigned counsel reserved their decision as to whether an objection would be made to said enhancement. Upon further reflection, Defendant does not object to this two-level enhancement. Therefore, this guideline issue does not need to be addressed by this Court.

This Total Offense Level of 28 has Count One of the Information with a cap sentence of 60 months pursuant to USSG §5G1.1(a), and Count Two with a guideline range sentence of 18-37 months, to run consecutively to any term of imprisonment imposed by this Court on Count One. Pursuant to the positions of the parties as codified in the plea agreement entered into this case, as to Count One

the government is recommending that this Court should sentence Defendant at the low end of the adjusted guideline range, which is the statutory maximum of 60 months. As to Count Two, the parties agreed to recommend to this Court that Defendant be sentenced to 12 months' imprisonment consecutive to any other term of imprisonment imposed for Count One.

Significantly, however, the government has agreed that Defendant has preserved his right to ask this Court for a downward variance because Defendant Uttam Halder is similarly situated with defendant Paltu Roy in the related case of *United States vs. Paltu Roy*, 1:21-CR-435-MLB-1.

## II.  REQUEST FOR A DOWNWARD VARIANCE BASED ON 18 U.S.C. §3553(a)(6):

In sentencing Defendant, we respectfully submit that the guiding principle under 18 U.S.C. § 3553(a) is for this Court is to impose a sentence "sufficient, but not greater than necessary to comply with the purposes" listed in 18 U.S.C. § 3553(a)(2), including the need to reflect the seriousness of the offense, promote respect for the law, provide just punishment for the offense, deter criminal conduct, and protect the public from Defendant's future criminal conduct. *See* 18 U.S.C. § 3553(a)(2). In imposing Defendant's sentence, this Court must also consider the nature and circumstances of the offense; the history and characteristics of

Defendant; the kinds of sentences available; the applicable guideline range; pertinent policy statements; the need to avoid an unwarranted sentencing disparity among defendants with similar records who have been found guilty of similar conduct; and the need for Defendant to provide restitution to the USDA-Food and Nutrition Services.

In the sworn Affidavit of probable cause prepared by USDA Special Agent Fred McCree in support of the December 17, 2020 court authorized searches of Defendant Uttam Halder's retail store, Big Daddy's Discount Meats; defendant Paltu Roy's retail stores, Big Brother Supermarket and Metro Quick Mart; Gour Pran Das's retail store, Food World; and the retail store Discount Meat World, Special Agent McCree wrote in Paragraph 32 therein that "[t]he above facts show that Big Daddy's Discount Meats (Defendant Uttam Halder) and Big Brother Supermarket (defendant Paltu Roy), over a period of several years, have created and executed a scheme to defraud the SNAP program by conspiring with each other as well as unauthorized stores to purchase SNAP benefits for cash at a discounted rate from SNAP recipients." Further, although undersigned counsel are not privy to the PSR written for this Court in imposing sentence upon defendant Paltu Roy in Case Number 1:21-CR-435-MLB-1, the April 12, 2022 Sentencing Memorandum filed by Roy's attorney (Document 40, p.2) states that the probation officer concluded that there was "a single overarching conspiracy involving

multiple stores and/or conspirators…" Although defendant Paltu Roy and Defendant Uttam Halder were charged in separate Criminal Informations concerning their conspiracy to commit food stamp fraud, in violation of 18 U.S.C. §§ 371 and 1343, it is clear that defendant Paltu Roy and Defendant Uttam Halder were participants in the same conspiracy.

As to "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct" (section 3553 (a)(6)), we respectfully submit that coconspirator Uttam Halder is similarly situated with coconspirator Paltu Roy despite Uttam Halder's higher loss amount. We respectfully submit that fashioning a sentence for Defendant Uttam Halder that does not take into account that he is similarly situated to defendant Paltu Roy and does not take into account that defendant Paltu Roy received a 37 month sentence, followed by three years of supervised release, would be inequitable when the two defendants engaged in the same food stamp fraud scheme, that in the above words of the government existed "over a period of several years [and] was created and executed" by the both of them. We respectfully submit that fashioning a sentence without factoring into it the similarly situated nature of defendant Paltu Roy and Defendant Uttam Halder would violate the spirit of the guidelines and the express statutory provision under 18 U.S.C. § 3553 (a)(6), and would create the disparity that the guidelines seek to avoid.

Although codefendant sentences provide intra-case standards of uniformity and proportionality that test the fairness and accuracy of the guidelines and direct the application of the guidelines to more equitable results, Defendant is not asking to be sentenced to the same term of 37 months' imprisonment as this Court imposed upon codefendant Paltu Roy. Although, as set forth below, Defendant Uttam Halder's life history shows that his participation in the fraudulent scheme was completely contrary to the person he is; and that both defendant Paltu Roy and Defendant Uttam Halder have no criminal histories, and that both defendant Paltu Roy and Defendant Uttam Halder participated in the same conspiracy to defraud the USDA, we acknowledge that there are circumstances that distinguish these two similarly situated defendants, and we acknowledge that these circumstances may warrant that a sentence greater than 37 months be imposed by this Court upon Defendant Uttam Halder.

In this regard, undersigned counsel are of the understanding that, as a result of cooperation provided by defendant Paltu Roy to the government, the government moved for a downward departure pursuant to 18 U.S.C. § 3553(e) and USSG §5K1.1. *See, e.g., United States v. Docampo*, 573 F.3d 1091, 1101-02 (11th Cir, 2009); *United States v. Quarterman*, Eleventh Circuit, No. 22-10931, decided March 27, 2023 (*per curiam*) (non-published opinion*); United States v. Brito-Padilla*, Eleventh Circuit, No. 20-13035, decided August 2, 2021 (*per*

*curiam*) (non-published opinion); *United States v. Lamothe*, Eleventh Circuit, No. 13-12489, decided October 6, 2014 (*per curiam*) (non-published opinion). Another distinguishing difference for this Court to take into account in sentencing Defendant Uttam Halder is that Defendant Halder also stands convicted of the additional offense of failure to appear under 18 U.S.C. § 3146.

In fashioning Defendant Uttam Halder's sentence, we also ask this Court to consider that Gour Pran Das, the owner of Food World, is shown in the government's investigation and in Paragraphs 17, 19, 20, 46 and 47 of the PSR as being a co-conspirator together with Defendant Uttam Halder and defendant Paltu Roy in their scheme to defraud the USDA in its SNAP program. Further, there are other co-conspirators in this scheme who have been identified by the government in its investigation and also have been identified in the PSR. However, it is the understanding of undersigned counsel that Gour Pran Das and these other co conspirators are not being prosecuted for their participation in the scheme to defraud the USDA in its SNAP program, for which conspiracy Defendant Uttam Halder is being prosecuted.

Inasmuch as Defendant Uttam Halder stands similarly situated with convicted defendant Paltu Roy; stands similarly situated with unindicted/uncharged coconspirator Gour Pran Das; and stands similarly situated with the other unindicted/uncharged co-conspirators, Defendant Uttam Halder respectfully

submits that the spirit of the guidelines and the express statutory provision under 18 U.S.C. § 3553(a)(6) justify this Court in imposing a sentence no greater than 51 months.

## III. BACKGROUND OF UTTAM HALDER:

In addition to considering the nature of the offense as discussed in the PSR, Mr. Halder's background and character is equally illuminating to impose a sentence sufficient, but not greater than necessary in accordance with §3553.

Uttam Halder was born on February 1, 1981 in Kolkata, India to the very religious family of Sudarsan and Kamala Halder. Although as a child he enjoyed spending time with his family, at the age of ten, Uttam's father sent him to a boarding school, away from his family, located in Mayapur, India. At this school, the Bhaktivedanta Institute in India which is a branch of the International Society for Krishna Consciousness (ISKCON), students were taught both spirituality as well as academic courses such as mathematics, history, sciences, and the arts.

Although Uttam particularly enjoyed studying political science, his *Guru* (a spiritual teacher), Bhakti Tirtha Swami— a very senior and well known American spiritual figure, encouraged Uttam to train to become a priest. Upon graduating from high school in Mayapur, Uttam expected to return home to his family in Kolkata as a trained priest. However, Uttam's *Guru,* who lived in the United States but frequently visited Uttam's school in Mayapur India several times a year, told

Uttam that he was battling cancer in the final stages and asked Uttam to come visit him in the United States instead of Uttam returning back to his family in Kolkata.

To honor what Uttam believed may have been his *Guru's* final wish, in 2005 Uttam came to America but quickly learned that his *Guru* actually wanted him to practice as a priest at the Gita Nagri Temple in Harrisburg, Pennsylvania. Once established as a priest, they abruptly relocated him to their New Vrindavan Temple in West Virginia. While he continued to practice as an ISKCON priest and train other devotees, Uttam disliked being in the United States and pleaded with his *Guru* to permit him to return back home to his family in India.

Instead of agreeing to allow Uttam to return back home to India, in 2007, Uttam's *Guru* again relocated him— this time to Atlanta, Georgia. He explained that he would feel more at home amongst a larger Indian community here in Atlanta. Reluctantly, Uttam remained in Atlanta but continued to request permission from his *Guru* to return back home to India where he could complete a college education and be reunited with his family. Instead, the *Guru* referred Uttam to a friend of his in Los Angeles, California and directed Uttam to stay with the *Guru's* friend while Uttam attended the Los Angeles City College.

From 2007 to 2008, Uttam enjoyed studying towards a bachelor's degree in science until his academic life was yet again terminated when the Atlanta ISKCON

management ordered Uttam to return back to his role as a priest for the Atlanta temple.

While serving as the priest, Uttam met his long-time childhood friend Paltu Roy. After becoming reacquainted, Paltu Roy eventually introduced Uttam to a young lady whom Uttam came to fall in love with and marry. Paltu Roy and Uttam's fiancé persuaded Uttam to leave the priesthood and to begin a secular life.

Besotted in love, Uttam began working at a grocery store to support himself and his wife. After working as a convenience store clerk for six to eight months, Paltu Roy then persuaded Uttam to purchase a meat market together with Roy and two of Roy's friends— Partha Biswas and Brabir Biswas. As a devout hindu against the killing of animals, Uttam initially was against partnering with Roy and his two friends in the sale of meat. Nevertheless, Paltu Roy reasoned that Uttam's role would only be supervisory and that he would never, himself, be handling any meat.

In 2013, Paltu Roy convinced Uttam to purchase Big Daddy's Meat Market in Uttam's name. Paltu Roy explained to Uttam that the business should be in Uttam's name because Uttam had better credit ratings than Paltu Roy and the other two partners. Uttam consented and agreed to obtain the agriculture license for the Supplemental Nutrition Assistance Program in his name. Also, coincidentally at the same time, upon Uttam becoming a partner of Big Daddy's with Paltu Roy,

Patha Biswas, and Brabir Biswas, Uttam's wife revealed that she was having an affair and sought a divorce from Uttam.

In the interim, back at home, Uttam's father, Sudarshan Halder, had purchased and had been operating several businesses that Uttam's father had purchased in 2009. In 2013, Uttam's father began to suffer from heart related issues and underwent multiple heart attacks. Although Uttam's father had four children, he found his youngest son, Uttam's brother, to be too young and disorganized to be able to operate the family owned businesses. Uttam's two sisters were also not considered by Uttam's father because daughters in a smaller town in India customarily are not given the responsibility of operating such family businesses.

Therefore, Uttam's father decided to bequeath the businesses in Uttam's name and convinced Uttam to operate them for the benefit of their family in India. For this reason, Uttam became the owner and operator of the family businesses in India. Through his father's various political connections, Uttam conferred with the government licensing officials in Mayapur, India. After multiple attempts, Uttam finally was able to obtain the business licenses in 2016 for a gas station and for a package store. Both licenses were required to be renewed with Uttam's presence in-person every five years by meeting with the officials in Mayapur, India.

Between 2013 and up until being arrested in the present case, Uttam continued to visit India up to three times a year while remaining there for three months each time— spending approximately six months each year in India. While Uttam continued to visit India to operate the family businesses, he also sought to spend more time with his ailing parents. While Uttam's father suffered from heart attacks, his mother developed a severe tumor in her throat.

Although Uttam continued to personally manage the family businesses, he did not personally benefit from any of the profits as the money generated was for the livelihood and living expenses of his parents and his three siblings back home in India. Instead, Uttam lived on the profits he received from his partnership in Big Daddy's. While Uttam primarily focused on operating his family business in India, the employees in Atlanta continued to work at Big Daddy's. During these circumstances where Uttam supervised two businesses in two countries, it is also important to note that Paltu Roy had unrestricted access to the operating business bank account for Big Daddy's where Paltu Roy could deposit and remove funds.

Clearly, since the commencement of this case, Uttam has not been able to visit India— neither to be with his ailing parents nor to tend to the family businesses. While Uttam's oldest sister, Suchitra Mondal, is aware of this pending criminal case against Uttam, they have hidden it from his mother and father in the

fear that it may aggravate their already dire health or that they may disown Uttam from the family.

Leading up to the end of 2022, the business license for the package store expired. The gas station also underwent several complications as Uttam was unable to operate it from living here in the United States. Naturally, Uttam's father blamed Uttam for the decline of the family businesses and scolded him for his failure to keep the businesses profitable. Uttams's sister also shamed him for not visiting their aging parents and even said to him that there may not be much more time for him to see them again.

Since being detained by Robert A. Deyton Detention Facility in June of 2023, Uttam attempted to remotely renew the business licenses with the help of the undersigned counsel. However, the licensing process in India required Uttam's presence in India and both the licenses were permanently denied. While the package store business is completely inoperable, the gas station will also eventually have to be sold.

While being detained, Uttam has enrolled in over 60 online courses to remain productive and continue to educate himself while accepting the reality of his detention. *(See Transcript Attached)*. Upon release from the Court's sentence, Uttam eventually and finally hopes to live a life independent of influence from

others— he hopes to learn and operate a trucking transportation business and try to reunite with his family in India.

**WHEREFORE**, for all of the foregoing reasons, as well as additional arguments that undersigned counsel may make at Defendant's sentencing hearing, Defendant respectfully requests that this Court grant a downward variance from the PSR's custody guideline range of 78-97 months, and impose a sentence that is proportionate to the 37 months' sentence of imprisonment imposed upon similarly situated defendant Paltu Roy.

**This, the 13th day of March, 2024.**

Respectfully submitted,

*/s/ Howard Jarrett Weintraub*
HOWARD JARRETT WEINTRAUB
Georgia Bar No. 746456
Attorney for Defendant Uttam Halder

*/s/ Kalpin Shah*
**KALPIN SHAH**
Georgia Bar No. 858166
Attorney for Defendant

**LAW OFFICES OF HOWARD J. WEINTRAUB, P.C.**
4651 Woodstock Road
Suite 208-328
Roswell, Georgia 30075
(678) 471-2062 or (404) 892-2000 (Telephone)
(770) 993-2464 (Facsimile)
law@howardjweintraubpc.com

**KALPIN SHAH LAW, P.C.**
101 Marietta St, NW, #3325
Atlanta, Ga. 30303
678.744.4529
Kalpin@KalpinShahLaw.com

## CERTIFICATE OF COMPLIANCE

This is to certify that to the best of my knowledge this document has been

prepared with one of the font and point selections approved by the Court in LR

5.1B, pursuant to LR 7. Specifically, the above-mentioned document has been

prepared using Times New Roman font, 14 point.

**This, the 13th day of March, 2024.**

> *s/ Howard Jarrett Weintraub*
> HOWARD JARRETT WEINTRAUB
> Georgia Bar No. 746456
> Attorney for Defendant Uttam Halder

**LAW OFFICES OF HOWARD J. WEINTRAUB, P.C.**
4651 Woodstock Road
Suite 208-328
Roswell, Georgia 30075
404.892.2000 (Telephone)
770.993.2462 (Facsimile)
law@howardjweintraubpc.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CASE NO.: 1:22-CR-00034-MLB-1 |
| | ) | |
| UTTAM HALDER, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the above date, I electronically filed this document using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted,

*s/ Howard Jarrett Weintraub*
HOWARD JARRETT WEINTRAUB
Georgia Bar No. 746456
Attorney for Defendant Uttam Halder

**LAW OFFICES OF HOWARD J. WEINTRAUB, P.C.**
4651 Woodstock Road
Suite 208-328
Roswell, Georgia 30075
(678) 471-2062 or (404) 892-2000 (Telephone)
(770) 993-2464 (Facsimile)
law@howardjweintraubpc.com

# Transcript for UTTAM HALDER | CollaborNation®

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Adult and Child CPR (Corrections) | E-Learning Course | Nov 7, 2023 | - | 0.2 | 2.00 | Not Attempted | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Nov 13, 2023 | Nov 18, 2023 | 0.2 | 2.00 | Passed | 90 | - | Nov 13, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Affordable Care Act (ACA) Basics for Business Owners (Corrections) | E-Learning Course | Nov 8, 2023 | Nov 9, 2023 | 0.03 | 0.34 | Passed | 100 | - | Nov 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Budgeting: Budgeting Fundamentals | E-Learning Course | Nov 11, 2023 | Nov 12, 2023 | 0.13 | 1.33 | Passed | 100 | - | Nov 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Budgeting: Capital Budget Analysis | E-Learning Course | Nov 12, 2023 | Nov 12, 2023 | 0.08 | 0.75 | Passed | 100 | - | Nov 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Budgeting: Capital Budgets | E-Learning Course | Nov 14, 2023 | Nov 14, 2023 | 0.1 | 1.00 | Passed | 100 | - | Nov 14, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Budgeting: Manufacturing Budgets | E-Learning Course | Nov 15, 2023 | - | 0.05 | 0.50 | In Progress | 75 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Budgeting: Operating Budgets | E-Learning Course | Nov 15, 2023 | Nov 16, 2023 | 0.1 | 1.00 | Passed | 100 | - | Nov 16, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Budgeting: Reviewing Budgets | E-Learning Course | Nov 17, 2023 | Nov 17, 2023 | 0.1 | 1.00 | Passed | 100 | - | Nov 17, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Critical Thinking and Information Analysis | E-Learning Course | Nov 9, 2023 | Nov 11, 2023 | 0.13 | 1.34 | Passed | 100 | - | Nov 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Problem-Solving Teams | E-Learning Course | Nov 18, 2023 | Nov 18, 2023 | 0.1 | 1.00 | Passed | 100 | - | Nov 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Business Problem Solving: Problem-Solving Teams | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 1: Disaster Preparedness | E-Learning Course | Dec 10, 2023 | Dec 10, 2023 | 0.1 | 1.00 | Passed | 90 | - | Dec 10, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 2: Organization | E-Learning Course | Dec 10, 2023 | Dec 10, 2023 | 0.08 | 0.75 | Passed | 100 | - | Dec 10, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Child Abuse Prevention and Awareness for Supervisors and Managers (Corrections) | E-Learning Course | Nov 18, 2023 | - | 0.15 | 1.50 | In Progress | 0 | 80 | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Child Abuse Prevention and Awareness for Supervisors and Managers (Corrections) | E-Learning Course | Dec 11, 2023 | Dec 11, 2023 | 0.15 | 1.50 | Passed | 100 | 80 | Dec 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Construction Safety & Prevention Program: Hazard Identification Plan | E-Learning Course | Nov 10, 2023 | Dec 5, 2023 | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Contentious Relationships | E-Learning Course | Dec 4, 2023 | Dec 5, 2023 | 0.15 | 1.50 | Passed | 100 | - | Dec 5, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Correcting Performance Problems: Disciplining Employees | E-Learning Course | Dec 13, 2023 | Dec 13, 2023 | 0.17 | 1.67 | Passed | 100 | - | Dec 13, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Correcting Performance Problems: Identifying Performance Problems | E-Learning Course | Dec 12, 2023 | Dec 13, 2023 | 0.15 | 1.50 | Passed | 100 | - | Dec 13, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creativity and Innovation: Creative Thinking Basics | E-Learning Course | Nov 18, 2023 | Nov 18, 2023 | 0.13 | 1.34 | Passed | 0 | - | Nov 18, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creativity and Innovation: Creativity In Organizations | E-Learning Course | Dec 12, 2023 | Dec 12, 2023 | 0.13 | 1.34 | Passed | 0 | - | Dec 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creativity and Innovation: Personal Creativity | E-Learning Course | Dec 11, 2023 | Dec 11, 2023 | 0.13 | 1.34 | Passed | 100 | - | Dec 11, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Creativity and Innovation: Promoting Team Creativity | E-Learning Course | Dec 12, 2023 | Dec 12, 2023 | 0.13 | 1.34 | Passed | 100 | - | Dec 12, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Critical Thinking and Decision-Making | E-Learning Course | Nov 19, 2023 | Nov 19, 2023 | 0.1 | 1.00 | Passed | 100 | - | Nov 19, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Culinary Arts with Edwins Leadership & Restaurant Institute | Learning Path | - | - | - | - | Completed | - | - | Dec 5, 2023 | - | - |
| Domestic Abuse | E-Learning Course | - | - | 0.2 | 2.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Domestic Abuse | E-Learning Course | Dec 7, 2023 | Dec 7, 2023 | 0.2 | 2.00 | Passed | 100 | - | Dec 7, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| ECS01_Welcome to Edwins Leadership | E-Learning | - | - | - | 0.00 | Not | - | 70 | No | - | - |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| and Restaurant Institute Culinary Series | Course | | | | | Attempted | | | | | |
| ECS01_Welcome to Edwins Leadership and Restaurant Institute Culinary Series | E-Learning Course | Nov 19, 2023 | Nov 19, 2023 | - | 0.00 | Passed | 100 | 70 | Nov 19, 2023 | - | - |
| ECS02_Equipment Identification – Introduction | E-Learning Course | Nov 19, 2023 | Nov 19, 2023 | - | 0.00 | Complete | - | 0 | Nov 19, 2023 | - | - |
| ECS03_Equipment Identification Tools and Equipment | E-Learning Course | Nov 19, 2023 | Nov 19, 2023 | - | 0.00 | Passed | 70 | 70 | Nov 19, 2023 | - | - |
| ECS04_Equipment Identification - Grinding, Slicing, Mixing and Pureeing | E-Learning Course | Nov 19, 2023 | Nov 19, 2023 | - | 0.00 | Passed | 80 | 70 | Nov 19, 2023 | - | - |
| ECS05_Equipment Identification - Fryers, Grills & Griddles | E-Learning Course | Nov 19, 2023 | Nov 19, 2023 | - | 0.00 | Passed | 80 | 70 | Nov 19, 2023 | - | - |
| ECS06_Equipment Identification - Ranges and Ovens | E-Learning Course | Nov 19, 2023 | Nov 19, 2023 | - | 0.00 | Passed | 100 | 70 | Nov 19, 2023 | - | - |
| ECS07_Equipment Identification – Refrigeration | E-Learning Course | Nov 20, 2023 | Nov 20, 2023 | - | 0.00 | Passed | 83 | 70 | Nov 20, 2023 | - | - |
| ECS08_Knife 101 | E-Learning Course | Nov 20, 2023 | Nov 20, 2023 | - | 0.00 | Passed | 100 | 70 | Nov 20, 2023 | - | - |
| ECS09_Knife Skills | E-Learning Course | Nov 20, 2023 | Nov 20, 2023 | - | 0.00 | Passed | 89 | 70 | Nov 20, 2023 | - | - |
| ECS10_Stocks | E-Learning Course | Nov 20, 2023 | Nov 20, 2023 | - | 0.00 | Passed | 70 | 70 | Nov 20, 2023 | - | - |
| ECS11_Thickening Agents | E-Learning Course | Nov 21, 2023 | Nov 21, 2023 | - | 0.00 | Passed | 83 | 70 | Nov 21, 2023 | - | - |
| ECS12A_Sauces Overview | E-Learning Course | Nov 21, 2023 | Nov 22, 2023 | - | 0.00 | Passed | 73 | 70 | Nov 22, 2023 | - | - |
| ECS12B_Mother Sauces | E-Learning Course | Nov 22, 2023 | Nov 23, 2023 | - | 0.00 | Passed | 80 | 70 | Nov 23, 2023 | - | - |
| ECS13_Emulsions | E-Learning Course | Nov 23, 2023 | Nov 24, 2023 | - | 0.00 | Passed | 78 | 70 | Nov 24, 2023 | - | - |
| ECS14_Soups | E-Learning Course | Nov 24, 2023 | Nov 24, 2023 | - | 0.00 | Passed | 88 | 70 | Nov 24, 2023 | - | - |
| ECS15_Tempering Techniques | E-Learning Course | Nov 25, 2023 | Nov 25, 2023 | - | 0.00 | Passed | 75 | 70 | Nov 25, 2023 | - | - |
| ECS16_The Creaming Method | E-Learning Course | Nov 25, 2023 | Nov 25, 2023 | - | 0.00 | Passed | 100 | 70 | Nov 25, 2023 | - | - |
| ECS17_The Foaming Method | E-Learning Course | Nov 25, 2023 | Nov 25, 2023 | - | 0.00 | Passed | 92 | 70 | Nov 25, 2023 | - | - |
| ECS18_Rubbed-Dough Method | E-Learning Course | Nov 26, 2023 | Nov 26, 2023 | - | 0.00 | Passed | 100 | 70 | Nov 26, 2023 | - | - |
| ECS19_Rice Cookery | E-Learning Course | Nov 26, 2023 | Nov 26, 2023 | - | 0.00 | Passed | 83 | 70 | Nov 26, 2023 | - | - |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ECS20_Pasta | E-Learning Course | Nov 26, 2023 | Nov 26, 2023 | - | 0.00 | Passed | 89 | 70 | Nov 26, 2023 | - | - |
| ECS21_Potato Cookery | E-Learning Course | Nov 27, 2023 | Nov 27, 2023 | - | 0.00 | Passed | 70 | 70 | Nov 27, 2023 | - | - |
| ECS22_Vegetable Cookery | E-Learning Course | Nov 28, 2023 | Nov 28, 2023 | - | 0.00 | Passed | 80 | 70 | Nov 28, 2023 | - | - |
| ECS23_Cooking Methods | E-Learning Course | Nov 28, 2023 | Nov 28, 2023 | - | 0.00 | Passed | 78 | 70 | Nov 28, 2023 | - | - |
| ECS24_Plating | E-Learning Course | Nov 29, 2023 | Nov 29, 2023 | - | 0.00 | Passed | 71 | 70 | Nov 29, 2023 | - | - |
| ECS25_Egg Cookery | E-Learning Course | Nov 29, 2023 | Nov 29, 2023 | - | 0.00 | Passed | 80 | 70 | Nov 29, 2023 | - | - |
| ECS26_WINE 101: Viniculture | E-Learning Course | Nov 30, 2023 | Dec 1, 2023 | - | 0.00 | Passed | 70 | 70 | Dec 1, 2023 | - | - |
| ECS27_WINE 101: Viniculture | E-Learning Course | Dec 1, 2023 | Dec 1, 2023 | - | 0.00 | Passed | 80 | 70 | Dec 1, 2023 | - | - |
| ECS28_Proper Wine Service | E-Learning Course | Dec 2, 2023 | Dec 2, 2023 | - | 0.00 | Passed | 86 | 70 | Dec 2, 2023 | - | - |
| ECS29_Spirits and Liquor | E-Learning Course | Dec 2, 2023 | Dec 2, 2023 | - | 0.00 | Passed | 80 | 70 | Dec 2, 2023 | - | - |
| ECS30_Beer | E-Learning Course | Dec 2, 2023 | Dec 2, 2023 | - | 0.00 | Passed | 89 | 70 | Dec 2, 2023 | - | - |
| ECS31_Coffee and Tea | E-Learning Course | Dec 2, 2023 | Dec 3, 2023 | - | 0.00 | Passed | 83 | 70 | Dec 3, 2023 | - | - |
| ECS32_Steps of Service | E-Learning Course | Dec 3, 2023 | Dec 3, 2023 | - | 0.00 | Passed | 75 | 70 | Dec 3, 2023 | - | - |
| ECS33_Facility Tour - Mitchell's Home Made Ice Cream | E-Learning Course | Dec 3, 2023 | Dec 3, 2023 | - | 0.00 | Complete | - | 0 | Dec 3, 2023 | - | - |
| ECS34_Facility Tour - Sima and Sons Produce | E-Learning Course | Dec 3, 2023 | Dec 3, 2023 | - | 0.00 | Complete | - | 0 | Dec 3, 2023 | - | - |
| ECS35_Facility Tour - Blue Ribbon Meats | E-Learning Course | Dec 3, 2023 | Dec 3, 2023 | - | 0.00 | Complete | - | 0 | Dec 3, 2023 | - | - |
| ECS36_Facility Tour - Top Shelf Coffee and Tea | E-Learning Course | Dec 3, 2023 | Dec 3, 2023 | - | 0.00 | Complete | - | 0 | Dec 3, 2023 | - | - |
| ECSFIN_Next Steps | E-Learning Course | Dec 3, 2023 | Dec 5, 2023 | - | 0.00 | Complete | - | 0 | Dec 5, 2023 | - | - |
| Employee Performance: Communication | E-Learning Course | Dec 13, 2023 | Dec 13, 2023 | 0.1 | 1.00 | Passed | 86 | - | Dec 13, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Food Service Worker: Annual Food Safety Training | E-Learning Course | Dec 8, 2023 | Dec 8, 2023 | 0.1 | 1.00 | Passed | 100 | - | Dec 8, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GED: Reasoning Through Language Arts - Unit 1: Strategies for Reading Comprehension | E-Learning Course | Nov 21, 2023 | - | - | 1.00 | In Progress | 0 | - | No | - | - |
| GED: Reasoning Through Language Arts - Unit 2: Vocabulary and Word Skills | E-Learning Course | - | - | - | 1.00 | Not Attempted | - | - | No | - | - |
| GED: Reasoning Through Language Arts - Unit 3: Reading Comprehension Skills | E-Learning Course | - | - | - | 1.00 | Not Attempted | - | - | No | - | - |
| GED: Reasoning Through Language Arts - Unit 4: Patterns of Organization | E-Learning Course | - | - | - | 1.00 | Not Attempted | - | - | No | - | - |
| HR Strategic Planning | E-Learning Course | Dec 9, 2023 | Dec 9, 2023 | 0.1 | 1.00 | Complete | 0 | - | Dec 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Managerial Leadership: Leading with a Vision | E-Learning Course | Dec 9, 2023 | Dec 9, 2023 | 0.15 | 1.50 | Passed | 100 | - | Dec 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Managerial Leadership: Motivating Employees Through Change | E-Learning Course | Dec 10, 2023 | Dec 10, 2023 | 0.05 | 0.50 | Passed | 100 | - | Dec 10, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Money Basics | E-Learning Course | Dec 5, 2023 | Dec 6, 2023 | 0.2 | 2.00 | Passed | 100 | - | Dec 6, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Safe Vehicle Operation | E-Learning Course | Dec 9, 2023 | Dec 9, 2023 | 0.05 | 0.50 | Passed | 100 | - | Dec 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |
| Wellness Programs (Corrections) | E-Learning Course | Dec 9, 2023 | Dec 9, 2023 | 0.05 | 0.50 | Passed | 100 | - | Dec 9, 2023 | CypherWorx, Inc. | 3349 Monroe Avenue, Suite 119, Rochester, NY |